To: The Office Of The Clerk
Twelfth Court Of Appeals

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAR 2 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

From: Ross Cleveland Richardson #1958220
Boyd Unit. O-04
200 Spur 113
Teague. TX. 75860

Date: March 23. 2015

Re: Case No. 12-13-00131-CR

Hello.

    I have recently become aware that I had a right to Petition For Discretionary Review (P.D.R) in the Court Of Criminal Appeals in Austin.Texas. I respectfully request to know whether or not my Attorney William Curley filed with this Court proof that I recieved notice of my right to file a P.D.R.. I did not recieve any such notice by certified mail or otherwise. Please notify me if this notice was overlooked.

Respectfully Submitted

Ross Richardson
Ross Cleveland Richardson

note: Due to Mr.Richarson's Arthritis this Correspondence was prepared by Jimmy Hill. Please forward to Mr.Richardson.

C.C. File